## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Case No. 15-cv-1211-WJM-NYW

GABRIEL B. ASTEPOYI

    Plaintiff,

v.

DELTA AIRLINES, INC., and
UNITED STATES AIRCRAFT INSURANCE GROUP

    Defendants.

_____

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
_____

    This matter comes before the Court on the Plaintiff's Motion to Dismiss, filed

June 16, 2015 (ECF No. 9.  The Court having reviewed the Motion and being fully

advised hereby ORDERS as follows:

    The Plaintiff's Motion to Dismiss is GRANTED.  The above-captioned action is

hereby DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's

fees and costs.

    Dated this 17th day of June, 2015.

                                        BY THE COURT:


                                        _____
                                        William J. Martínez
                                        United States District Judge